UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**6515 MACCORKLE, LLC,**

    **Plaintiff,**

v.                                                    **CIVIL ACTION NO: 2:20-cv-00253**

**EVANSTON INSURANCE COMPANY,**

    **Defendant.**

## AGREED ORDER OF DISMISSAL

On this day came the parties, 6515 MacCorkle, LLC ("MacCorkle"), by counsel, Charles S. Piccirillo, J. Alexander Meade, and Shaffer & Shaffer, PLLC, and Defendant Evanston Insurance Company ("Evanston"), by counsel, Lee Murray Hall, Jason D. Bowles, and Jenkins Fenstermaker, PLLC, and jointly moved the Court for an Order dismissing all claims with prejudice and striking this case from the docket of this Court.

The Court perceives no objection to this motion and, therefore, grants the motion to dismiss.

IT IS THEREFORE ORDERED that Civil Action No. 2:20-CV-0253 is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward copies of this Order to counsel for the parties upon its entry.

ENTERED this 3rd day of March, 2021.

                                                                */s/ Irene C. Berger*
                                                                 IRENE C. BERGER
                                                                 UNITED STATES DISTRICT JUDGE
                                                                   SOUTHERN DISTRICT OF WEST VIRGINIA

**Prepared by:**

/s/ Lee Murray Hall
Lee Murray Hall, Esq. (WVSB #6447)
Jason D. Bowles, Esq. (WVSB #12091)
**JENKINS FENSTERMAKER, PLLC**
Post Office Box 2688
Huntington, West Virginia 25726-2688
Telephone: (304) 523-2100
Fax: (304) 523-2347
*Counsel for Evanston Insurance Company*

**Reviewed and agreed to by:**

/s/ J. Alexander Meade
Charles S. Piccirillo, Esq. (WVSB #2902)
J. Alexander Meade, Esq. (WVSB #13021)
**SHAFFER & SHAFFER, PLLC**
330 State Street
P.O. Box 38
Madison, WV 25130
Telephone: (304) 369-0511
Fax: (304) 369-5431
*Counsel for Plaintiff*